UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD WHITE, | No. 2:14-cv-1290 AC P |
| Plaintiff, | |
| v. | ORDER |
| OFFICER DANIEL MORLAN, et al., | |
| Defendants. | |

Plaintiff filed this action pro se pursuant to 42 U.S.C. § 1983 while a county inmate, then became a state prisoner. Plaintiff has consented to the jurisdiction of the undersigned in this matter. ECF No. 5. By order filed October 3, 2014, plaintiff's complaint was dismissed with twenty-eight days leave granted to file an amended complaint. ECF No. 9. In that order, the court informed plaintiff of the deficiencies of his complaint. Id. Plaintiff was cautioned that failure to file an amended complaint would result in dismissal of this action. Id. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: December 17, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE